**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WILMINGTON DIVISION**

| | |
|---|---|
| IN RE: | CASE NO: |
| Brandon Keith Ryan | 19-02462-5-SWH |
| DEBTOR(S) | CHAPTER 7 |

**RULE 2016 DISCLOSURE**

Now comes the undersigned and hereby makes disclosure pursuant to Bankruptcy Rule 2016 that the following amount(s) were paid to the law firm of Butler & Butler, L.L.P. on the following dates for services rendered in contemplation or in connection with the case:

| Date | Amount | Source | Account Into Which Deposited |
|---|---|---|---|
| 8/16/19 | $2,000.00 | Ryan, Brandon | [   ] Deposit into Operating<br>[ x ] Deposit into Trust<br>[   ] Transfer from Operating to Trust |

BUTLER & BUTLER, L.L.P.

DATED: August 20, 2019

 s/Hunter E. Fritz
Hunter E. Fritz
Attorneys for the Debtor(s)
NC State Bar No. 46040
PO Box 38
Wilmington, NC 28402
Telephone: (910) 762-1908
Email: hunterfritz@butlerbutler.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that (s)he is over eighteen (18) years of age, and that the

### RULE 2016 DISCLOSURE

in the above captioned case was this day served upon the below named persons as follows:

<u>By electronic service through CM/ECF:</u>

John C. Bircher, III
Chapter 7 Trustee
White & Allen, PA
PO Drawer U
New Bern, NC 28562

<u>By mailing, postage prepaid, first class mail, *or by certified mail return receipt requested if indicated below*, *or by facsimile if indicated below*, of a copy of such instrument to such persons, parties and/or counsel at the address shown below:</u>

Bankruptcy Administrator
434 Fayetteville Street, Suite 640
Raleigh, NC 27601

|  |  |
|---|---|
|  | BUTLER & BUTLER, L.L.P. |
| DATED: August 20, 2019 |  |
|  | /s/Hunter E. Fritz |
|  | P.O. Box 38 |
|  | Wilmington, NC 28402 |
|  | Telephone: (910) 762-1908 |
|  | Email: hunterfritz@butlerbutler.com |